## Commonwealth *v.* Mills, Appellant.

Submitted September 9, 1974.

*David S. Winston,* for appellant; *James Garrett, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Parker, Appellant.

Submitted December 2, 1974. *James J. Powell, III,* and *Robert T. Gownley, Jr.,* Assistant Public Defenders, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.